## JAMIE GOMEZ *v.* COMMISSIONER OF CORRECTION
### (AC 24078)

Foti, Bishop and Hennessy, Js.

Submitted on briefs October 30—officially released December 2, 2003

Per Curiam. The judgment is affirmed.

## PAUL C. HUANG ET AL. *v.* KEVIN ZAWOY
### (AC 24239)

Lavery, C. J., and Schaller and DiPentima, Js.

Submitted on briefs October 30—officially released December 2, 2003

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* PETER KAY
### (AC 22998)

Foti, Schaller and McLachlan, Js.

Submitted on briefs October 16—officially released December 2, 2003

Per Curiam. The judgment is affirmed.